**Opinion issued May 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00017-CV

———————————

**ALAN ARRIAGA-JUAREZ, SMART ROOFING SOLUTIONS, AND LORENA QUINTANILLA, Appellants**

**V.**

**STRATEGIC ROOFING SOLUTIONS, LLC AND MICHAEL G. MARTIN, Appellees**

On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Case No. 18-DCV-252422

## MEMORANDUM OPINION

Appellants, Alan Arriaga-Juarez, Smart Roofing Solutions, and Lorena Quintanilla, filed a notice of appeal from the trial court's December 11, 2024 judgment. On April 30, 2025, appellants filed a "Motion to Dismiss Appeal With

Prejudice." In their motion, appellants stated that the parties had "reached a settlement agreement to compromise and settle their differences." Appellants therefore requested that the Court dismiss the appeal.[1]

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX R. APP. P. 42.1(a)(2), (c). Appellants' motion does not include a certificate of conference stating whether appellees, Strategic Roofing Solutions, LLC and Michael G. Martin, are opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed and no party has opposed the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[1] We note that appellants' motion requested that "costs on appeal [be] taxed against the party incurring same." However, in a voluntary dismissal of an appeal, the Texas Rules of Appellate Procedure require the Court to tax costs against appellant unless there is an "agreement of the parties." *See* TEX. R. APP. P. 42.1(d). While appellants' motion notes that the parties "settled their differences," there is no evidence in the appellate record of an agreement between the parties regarding costs. Therefore, that request is denied and appellate costs will be taxed against appellants.